UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN H. COOK | CIVIL ACTION |
| versus | NO. 16-954 |
| WARDEN DAVE YELVERTON | SECTION: "J"(1) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by John H. Cook is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of June, 2016.

UNITED STATES DISTRICT JUDGE